UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 426 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| KENNETH BLACKSHAW, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Kenneth Blackshaw, which was referred to the Magistrate Judge with the consent of the parties.

On July 16, 2019, the government filed a 17 count Indictment, charging Defendant Blackshaw in counts 1, 3 and 6-17, with Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and Use of a Communication Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b) . Defendant was arraigned on July 29, 2019, and entered a plea of not guilty to counts 1, 3 and 6-17 of the Indictment, before Magistrate Judge Parker. On March 25, 2021, Magistrate Judge Parker received Defendant Blackshaw's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Blackshaw is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Kenneth Blackshaw is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. Sections 846, and 841(a)(1) and (b)(1)(A). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on July 15, 2021, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 13, 2021